UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**DUSTIN SHANE MOSELEY**           :           **DOCKET NO. 20-cv-643**
   **D.O.C. # 001753553/45011**                      **SECTION P**

**VERSUS**                         :           **JUDGE TERRY A. DOUGHTY**

**JEFFERSON DAVIS PARISH, ET AL.** :           **MAGISTRATE JUDGE KAY**

## PARTIAL JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 5] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED, AND DECREED** that all claims against the Jefferson Davis Parish Sheriff's Office and the Jefferson Davis Parish Policy Jury are **DENIED and DISMISSED WITH PREJUDICE**.

Monroe, Louisiana, on this 27th day of July, 2020.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**